# EXHIBIT A

| Vendor | Balance Total |
|---|---:|
| Air Masters Mechanical, Inc. | 1,679.90 |
| Al Hill's Boiler Sales | 6,302.25 |
| All Staffing Solutions | 18,746.19 |
| Ameritas Life Insurance | 771.12 |
| Bay Motor Winding Inc. | 10,547.53 |
| Brady Industries | 1,440.77 |
| Delta Sanitation | 3,927.95 |
| E-Tech, Inc. | 400.00 |
| FabriClean Supply | 4,567.11 |
| Grainger | 3,318.63 |
| Gulf Coast Business Supply | 1,554.39 |
| Harrison County Development | 50,389.62 |
| Ideal Chemical | 23,665.82 |
| IPFS Corporation of the South | 41,454.43 |
| Jensen | 28,527.33 |
| Kimball Midwest | 108.34 |
| Loumis Air | 2,276.96 |
| Mississippi Power | 19,873.21 |
| Mobile Mechanical Services | 8,456.18 |
| Moses Electric, Inc | 9,662.00 |
| Optimal Water Technologies, LLC | 6,355.57 |
| Pellerin Machinery Sales | 42,046.44 |
| Penske Truck Leasing Co | 49,978.09 |
| Premier Trailer Leasing | 773.57 |
| Ryder Transportation Services | 10,493.64 |
| Simple Solutions | 9,097.70 |
| SPEKT Industrial Supply, LLC | 5,335.93 |
| Staff Pro | 144,493.38 |
| Sumrall's Truck & Trailer Svcs | 2,803.73 |
| Symmetry Energy Solutions | 47,733.66 |
| System Scale Corporation | 648.25 |
| Tingue | 18,209.63 |
| Travelers | 23,289.32 |
| VSC Fire & Security, Inc. | 1,410.00 |