# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51843  **Case Name:** CCSL Biloxi, LLC

**Set:** 12/12/2025 10:00 am  **Chapter:** 11  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Emergency Motion for Order Authorizing Debtor to Pay Pre-Petition Claims of Certain Essential Trade Creditors Filed by Debtor In Possession CCSL Biloxi, LLC (Attachments: # 1 Exhibit List of Critical Vendors)  (Dkt. #13)

Objection filed by the U.S. Trustee (Dkt. #16)

Minute Entry Re: (related document(s): [13] Motion for order authorizing debtor to pay claims filed by CCSL Biloxi, LLC) Appearance: Jarrett Little, Sammy Tharpe. Hearing was held. Witness testified (Laird). Granted (except as to 10 creditors mentioned in hearing). Little to submit Order. Order due by 12/26/2025. (cwe)