**CCSL Biloxi, LLC**  
**A/P Aging Summary**  
As of December 8, 2025

8:58 AM  
12/12/2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Air Masters Mechanical, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,679.90 | 1,679.90 |
| Al Hill's Boiler Sales | 0.00 | 0.00 | 0.00 | 0.00 | 6,302.25 | 6,302.25 |
| All Staffing Solutions | 5,968.54 | 6,752.58 | 0.00 | 0.00 | 0.00 | 12,721.12 |
| Ameritas Life Insurance | 0.00 | 768.24 | 771.12 | 0.00 | 0.00 | 1,539.36 |
| Bay Motor Winding Inc. | 0.00 | 0.00 | 2,123.95 | 0.00 | 8,423.58 | 10,547.53 |
| Brady Industries | 667.95 | 473.31 | 299.51 | 0.00 | 0.00 | 1,440.77 |
| Delta Sanitation | 0.00 | 1,984.86 | 1,943.09 | 0.00 | 0.00 | 3,927.95 |
| E-Tech, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| Elite Sanitation Services, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 4,025.00 | 4,025.00 |
| FabriClean Supply | 972.28 | 918.40 | 2,983.75 | 707.42 | 0.00 | 5,581.85 |
| Grainger | 0.00 | 1,478.76 | 1,839.87 | 0.00 | 0.00 | 3,318.63 |
| Harrison County Development | 0.00 | 50,389.62 | 0.00 | 0.00 | 0.00 | 50,389.62 |
| Ideal Chemical | 17,474.77 | 11,669.01 | 17,089.88 | 7,784.23 | 0.00 | 54,017.89 |
| IPFS Corporation of the South | 0.00 | 20,231.04 | 21,223.39 | 0.00 | 0.00 | 41,454.43 |
| Jensen | 15,493.75 | 13,033.58 | 0.00 | 0.00 | 0.00 | 28,527.33 |
| Kimball Midwest | 0.00 | 0.00 | 0.00 | 0.00 | 108.34 | 108.34 |
| Loumis Air | 0.00 | 0.00 | 0.00 | 0.00 | 2,276.96 | 2,276.96 |
| Mississippi Power | 0.00 | 19,873.21 | 0.00 | 0.00 | 0.00 | 19,873.21 |
| Mobile Mechanical Services | 0.00 | 4,780.77 | 0.00 | 1,841.78 | 1,833.63 | 8,456.18 |
| Moses Electric, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 9,662.00 | 9,662.00 |
| Optimal Water Technologies, LLC | 0.00 | 0.00 | 1,254.26 | 1,254.26 | 3,847.05 | 6,355.57 |
| Pellerin Machinery Sales | 26,630.07 | 7,056.49 | 21,996.86 | 0.00 | 0.00 | 55,683.42 |
| Penske Truck Leasing Co | 8,440.68 | 24,476.59 | 16,140.26 | 920.56 | 0.00 | 49,978.09 |
| Premier Trailer Leasing | 0.00 | 386.95 | 386.62 | 0.00 | 0.00 | 773.57 |
| Ryder Transportation Services | 10,493.64 | 0.00 | 0.00 | 0.00 | 0.00 | 10,493.64 |
| Simple Solutions | 2,518.52 | 3,479.93 | 3,099.25 | 0.00 | 0.00 | 9,097.70 |
| SPEKT Industrial Supply, LLC | 720.68 | 1,315.67 | 140.90 | 0.00 | 3,372.18 | 5,549.43 |
| Staff Pro | 28,243.01 | 143,758.45 | 0.00 | 0.00 | 0.00 | 172,001.46 |
| Sumrall's Truck & Trailer Svcs | 0.00 | 2,803.73 | 0.00 | 0.00 | 0.00 | 2,803.73 |
| Symmetry Energy Solutions | 0.00 | 23,920.79 | 23,812.87 | 0.00 | 0.00 | 47,733.66 |
| System Scale Corporation | 648.25 | 0.00 | 0.00 | 0.00 | 0.00 | 648.25 |
| Tingue | 1,857.52 | 0.00 | 0.00 | 6,174.35 | 12,035.28 | 20,067.15 |
| Travelers | 0.00 | 0.00 | 0.00 | 21,564.80 | 1,724.52 | 23,289.32 |
| VSC Fire & Security, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,410.00 | 1,410.00 |
| **TOTAL** | **120,129.66** | **339,551.98** | **115,105.58** | **40,247.40** | **57,100.69** | **672,135.31** |



EXHIBIT