___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 29, 2025**

___

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE: CCSL BILOXI, LLC**                                   **CASE NO.: 25-51843-KMS**
           **DEBTOR-IN-POSSESSION**                           **CHAPTER 11**

### ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION CLAIMS OF CERTAIN ESSENTIAL TRADE CREDITORS

THIS CAUSE came on for consideration of the Emergency Motion for Order Authorizing Debtor to Pay Pre-Petition Claims of Certain Essential Trade Creditors (DK #13) and the Objection thereto filed by the United States Trustee (DK #16). The Court having considered said Motion and heard the argument of the parties, find the Motion is well taken and should be granted and finds the following.

1.  On December 9, 2025 (the "Petition Date"), the Movant filed with this Court its voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"). The Debtor remains in possession of its assets and properties as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2.  To date, no trustee, examiner or official committee has been appointed in this case.

3.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (M). Venue is proper in this

Court under 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested herein is § 105(a) of the Bankruptcy Code.

4.     The Debtor is engaged in the business of commercial laundry services, specifically for large hotels and casinos. The Debtor purchases parts, equipment and supplies and pays for services from a number of vendors which are critical to the continuation of its operations.

5.     Darren Laird, the general manager for the Debtor, testified certain trade creditors held pre-petition claims as of the Petition Date in the Amounts below. Mr Laird testified those vendors were (1) critical to the continued operation of the Debtor's business; (2) there would be significant economic harm to the Debtor if it did not continue to deal with the vendors; (3) there is no practical or legal alternative to the Debtor continuing dealing with the vendors; and (4) the vendors would not continue to provide goods and/or services if their pre-petition claims were not paid. The Court finds the following vendors meet the above criteria:

| | | |
|---|---|---|
| a. | Air Masters Mechanical, Inc. | $1,679.90 |
| b. | Al Hill's Boiler Sales | $6,302.25 |
| c. | All Staffing Solutions | $12,721.12 |
| d. | Ameritas Life Insurance | $1,539.36 |
| e. | Bay Motor Winding, Inc. | $10,547.53 |
| f. | Delta Sanitation | $3,927.95 |
| g. | E-Tech, Inc. | $400.00 |
| h. | FabriClean Supply | $5,581.85 |
| i. | Grainger | $3,318.63 |
| j. | Ideal Chemical | $54,017.89 |
| k. | IPFS Corporation of the South | $41,454.43 |

| | | |
|---|---|---|
| l. | Jensen | $28,527.33 |
| m. | Kimball Midwest | $108.34 |
| n. | Mobile Mechanical Services | $8,456.18 |
| o. | Moses Electric, Inc. | $9,662.00 |
| p. | Optimal Water Technologies, LLC | $6,355.57 |
| q. | Pellerin Machinery Sales | $55,68342 |
| r. | Simple Solutions | $9,097.70 |
| s. | SPEKT Industrial Supply, LLC | $5,549.43 |
| t. | Staff Pro | $172,001.46 |
| u. | Sumrall's Truck & Trailer Svcs | $2,803.73 |
| v. | System Scale Corporation | $648.25 |
| w. | Tingue | $20,067.15 |
| x. | Travelers | $23,289.32 |

IT IS THEREFORE ORDERED AND ADJUDGED that the Debtor is hereby authorized to pay the pre-petition claims of the above identified trade creditors in the corresponding amounts above;

IT IS FURTHER ORDERED AND ADJUDGED that on the last day of each month, the Debtor shall file with the Court a Notice describing the payments made pursuant to this Order and that such Notice shall be mailed to the creditors identified on the Mailing Matrix.

###END OF ORDER###

Agreed as to form:

*/s/ Abigail M. Marbury*
Assistant United States Trustee

*/s/ W. Jarrett Little*
Attorney for the Debtor

Presented by:

W. Jarrett Little, MSB #104812
THE LITTLE LAW FIRM, PLLC
2505 14th Street, Suite 212
Gulfport, MS 39501
(228) 867-6050
jarrett@thelittlelaw.com